No. 77-6419. Bowers *v.* Battles, Camp Supervisor, Harlan County Forestry Camp. C. A. 6th Cir. Certiorari denied.

No. 77-6420. Wion *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 77-6426. Downing *v.* Fraggassi et al. Pa. Commw. Ct. Certiorari denied.

No. 77-6427. Garcia *v.* Stone, Warden. C. A. 9th Cir. Certiorari denied.

No. 77-6433. Braham *v.* Alaska. Sup. Ct. Alaska. Certiorari denied.

No. 77-6435. In re Estate of Basalyga. Sup. Ct. Pa. Certiorari denied. Reported below: 474 Pa. 606, 379 A. 2d 305.

No. 77-6440. Johnson *v.* California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 77-6441. Cloudy *v.* Allison. C. A. 7th Cir. Certiorari denied.

No. 77-6448. Winters *v.* Warden, Tennessee State Penitentiary. C. A. 6th Cir. Certiorari denied.

No. 77-6455. Drum *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 77-6457. Bamond *v.* New York et al. C. A. 2d Cir. Certiorari denied.

No. 77-6471. Castillo (Lopez) *v.* Government of the Canal Zone. C. A. 5th Cir. Certiorari denied.

No. 77-6482. Richardson *v.* Pennsylvania. Sup. Ct. Pa. Certiorari denied.